# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ZUFFA, LLC,

    Plaintiff,

v.

DANIEL WALLACE,

    Defendant.

Case No. 2:10-CV-01756-KJD-GWF

**ORDER**

    Plaintiff's Complaint (#1) was filed October 8, 2010. The Court granted Plaintiff's motion to serve notice of the complaint, motion for temporary restraining order, and motion for preliminary injunction via email. Plaintiff provided proof that it served the documents via email on October 13, 2010, noting that this did not absolve Plaintiff of its obligations to serve the summons and complaint in compliance with Federal Rule of Civil Procedure 4(m). Defendant failed to answer or otherwise respond to the complaint or motions. A Preliminary Injunction (#13) was entered against Defendant on November 3, 2010. Plaintiff is ordered to file a status report or proof of service in compliance with Rule 4 no later than February 17, 2011.

**IT IS SO ORDERED.**

    DATED this 4th day of February 2011.

_____
Kent J. Dawson
United States District Judge