JOHN L. KRIEGER
Nevada Bar No. 6023
JKrieger@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile:  (702) 949-8365
*Attorney for Zuffa, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZUFFA, LLC, a Nevada Limited Liability Company, | CASE NO: 2:10-cv-01756-KJD-LRL |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION TO DEEM E-MAIL SERVICE EFFECTIVE PROCESS UNDER RULE 4 AS TO DEFENDANT** |
| DANIEL WALLACE, an individual, | |
| Defendant. | |

UPON CONSIDERATION of the motion filed by Plaintiff, Zuffa, LLC ("Zuffa") to deem e-mail service effective process as to Defendant under Rule 4 of the Federal Rules of Civil Procedure, the supporting memorandum of points and authorities, the supporting declarations and evidence, the record in this case, and for other good cause shown,

THE COURT HEREBY FINDS THAT:

1.      Zuffa has attempted to serve Defendant in accord with Rule 4(f) of the Federal Rules of Civil Procedure, under the Convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, done at the Hague ("the Hague Convention"), but was unable to effectuate service;

2.      Zuffa was able to provide Defendant with notice of the instant action via e-mail, and provide electronic copies of the complaint and summons, as well as the motion for preliminary injunction, in accord with the Court's October 13, 2010 Order.

Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429

580960.1

3.     Service by e-mail is an alternative means of service reasonably calculated to provide notice to Defendant, and is an internationally agreed means of service (Fed. R. Civ. P. 4(f)(1)) or, at the very least, not prohibited by international agreement (Fed. R. Civ. P. 4(f)(2)(C)(3)).

4.     This Court has the authority to intervene and craft an alternative means of service under Rule 4(f) of the Federal Rules of Civil Procedure to permit service of process to be had upon elusive international Defendants such as this Defendant (<u>Rio Properties. Inc. v. Rio Int'l Interlink</u>, 284 F.3d 1007 (9th Cir. 2002));

5.     That the e-mail service effectuated upon Defendant by Zuffa per this Court's October 13, 2010 Order was the only method of service most likely to reach Defendant, and was reasonable under the circumstances;

6.     The balance of hardships tips in favor of Zuffa because the only address at which Defendant was able to be reached was his e-mail address, not his physical address; the nature of this case suggests that any further delay in the service of process will unnecessarily and unreasonably prejudice Zuffa;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    THEREFORE, IT IS HEREBY ORDERED:

2    That the service effectuated upon Defendant by Plaintiff on October 13, 2010, shall be

3    deemed to have been an effective means of alternative service reasonably calculated to provide the

4    Defendant with notice of the instant action.

5    IT IS FURTHER ORDERED:

6    That service via electronic mail shall be deemed effective service for the purposes of the

7    instant action

8    ENTERED this ___13___ day of April, 2011.

9

10

11

12

13    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      Pursuant to Nev. R. Civ. P. 5(b), I hereby certify that service of **[PROPOSED] ORDER**

3  **GRANTING PLAINTIFF'S MOTION TO DEEM E-MAIL SERVICE EFFECTIVE**

4  **PROCESS UNDER RULE 4 AS TO DEFENDANT** was made this 12th day of April, 2011 by

5  electronic mail and by depositing a copy for registered international mailing to the United

6  Kingdom, return receipt requested, in a sealed envelope upon which required postage was prepaid

7  in Las Vegas, Nevada sent to:

8
9  Daniel Wallace
   64 Boar Lane
   Selsey, West Sussex, England
10 PO2O 4AA
   United Kingdom
11 unknownpothead@gmail.com

12
   Date:  April 12, 2011
13
                                         /s/ Michelle Jenkins_____
                                         An Employee of Lewis and Roca LLP
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28