# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ZUFFA, LLC,

     Plaintiff,

v.

DANIEL WALLACE,

     Defendant.

Case No. 2:10-CV-01756-KJD-GWF

**<u>ORDER</u>**

     Plaintiff's Complaint (#1) was filed October 8, 2010.   Service of the summons and complaint was executed on Defendant Hyatt on October 11, 2010.  After the Court granted Plaintiff's Motion to Deem Email Service Effective on April 13, 2011, the Clerk of the Court entered default against Defendant on April 20, 2011.  Since then Plaintiff has taken no action of record.  Therefore, the Court orders Plaintiff to file a status report, motion for default judgment or notice of voluntarily dismissal no later than July 25, 2011.

**IT IS SO ORDERED.**

     DATED this 11th day of July 2011.


Kent J. Dawson
United States District Judge