# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZUFFA, LLC, a Nevada Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br>　v.<br>DANIEL WALLACE, an individual,<br>　　　　　　　Defendant. | CASE NO: 2:10-cv-01756-KJD-LRL<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Zuffa, LLC ("Plaintiff") having filed an application for entry of default judgment against Defendant Daniel Wallace ("Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Clerk of the Court having entered Default against Defendant on April 20, 2011, and, this Court having now given due consideration to Plaintiff's application for such judgment as well as all papers, pleadings, and exhibits offered in support thereof by Plaintiff, the Court being further fully advised in the matter, it is therefore,

ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of Plaintiff and against Defendant on all counts of Plaintiff's Complaint; and, it is further ordered and adjudged that said Judgment shall include the following specific findings of fact and awarding of specific relief:

Plaintiff owns federal copyright registrations or has filed applications for UFC 1 through 120, as well as for MMA event broadcasts made subsequent to the filing of the Complaint (collectively "Copyrighted Broadcasts");

///

1   Plaintiff owns a valid copyright registration for UFC 119;

2   Defendant had access to Plaintiff's Copyrighted Broadcasts, including, but not limited to,
3   the UFC 119 broadcast, which took place on September 25, 2010;

4   Defendant offered unauthorized "live streaming" video of Plaintiff's Copyrighted
5   Broadcasts, including, but not limited to, UFC 119;

6   The "live streaming" of Plaintiff's Copyrighted Broadcasts, including UFC 119, were
7   uploaded to Defendant's Website (as defined in the Complaint) by Defendant or his agents or
8   employees;

9   Defendant either posted the Copyrighted Broadcasts himself, knew or had reason to know,
10   or had recklessly disregarded the fact that Plaintiff's Copyrighted Broadcasts are among broadcasts
11   made available for Defendant's users to view;

12   Defendant knew and has known that Plaintiff is in the business of providing MMA
13   contests or exhibitions and related goods and services, specifically the streaming live broadcast of
14   MMA events, including UFC 119, and that Plaintiff advertises those services on the Internet;

15   Defendant's actions disrupted or were intended to disrupt Plaintiff's business by, among
16   other things, diverting web users away from the authorized broadcasts of Plaintiff's MMA events to
17   the unauthorized broadcasts found at Defendant's Website; and

18   Defendant has acted willfully in his infringement and use of Plaintiff's Copyrighted
19   Broadcasts, including, but not limited to, UFC 119.

20   THEREFORE, IT IS HEREBY ORDERED that Defendant, defendant's agents, servants,
21   employees and/or all persons acting in concert or participation with defendant are hereby
22   permanently enjoined from copying, manipulating, adapting, reproducing, uploading, distributing,
23   sharing, selling or displaying any of Plaintiff's Copyrighted Broadcasts and/or making available for
24   Defendant's Website's users to download, copy, view, adapt, share, use, exhibit and/or disseminate
25   any of Plaintiff's MMA event broadcasts.

26   IT IS FURTHER ORDERED that, pursuant to 17 U.S.C. § 504(c)(2), Defendant shall pay
27   Plaintiff statutory damages of $150,000 for willfully infringing Plaintiff's exclusive copyrights in
28   its UFC 119 broadcast.

1    IT IS FURTHER ORDERED that Defendant shall pay Plaintiff's attorneys' fees and costs in the amount of Twelve Thousand Seven Hundred and Eighty-Eight dollars and Fifty-Eight cents ($12,788.58).

IT IS FURTHER ORDERED that jurisdiction over this case shall be retained by this Court for the purpose of enforcing this Judgment.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 23, 2011