# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Zuffa LLC

**Plaintiff,**

V.

Daniel Wallace

**Defendant.**

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-CV-1756 KJD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff's Motion for Default Judgment is GRANTED. Defendant, defendants agents, servants, employees and/or all persons acting in concert or participation with defendant are hereby permanently enjoined from copying, manipulating, adapting, reproducing, uploading, distributing, sharing, selling or displaying any of Plaintiffs Copyrighted Broadcasts and/or making available for Defendants Websites users to download, copy, view, adapt, share, use, exhibit and/or disseminate any of Plaintiffs MMA event broadcasts. Pursuant to 17 U.S.C. § 504(c)(2), Defendant shall pay Plaintiff statutory damages of $150,000 for willfully infringing Plaintiffs exclusive copyrights in its UFC 119 broadcast. Defendant shall pay Plaintiffs attorneys fees and costs in the amount of Twelve Thousand Seven Hundred and Eighty-Eight dollars and Fifty-Eight cents ($12,788.58).

September 26, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk