AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                    Nevada

Zuffa LLC

                              DEFAULT

              Plaintiff,       **JUDGMENT IN A CIVIL CASE**

   V.

Daniel Wallace

                              Case Number:  2:10-CV-1756 KJD-GWF

              Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

 that Plaintiff's Motion for Default Judgment is GRANTED. Defendant, defendants agents, servants, employees and/or all persons acting in concert or participation with defendant are hereby permanently enjoined from copying, manipulating, adapting, reproducing, uploading, distributing, sharing, selling or displaying any of Plaintiffs Copyrighted Broadcasts and/or making available for Defendants Websites users to download, copy, view, adapt, share, use, exhibit and/or disseminate any of Plaintiffs MMA event broadcasts. Pursuant to 17 U.S.C. § 504(c)(2), Defendant shall pay Plaintiff statutory damages of $150,000 for willfully infringing Plaintiffs exclusive copyrights in its UFC 119 broadcast. Defendant shall pay Plaintiffs attorneys fees and costs in the amount of Twelve Thousand Seven Hundred and Eighty-Eight dollars and Fifty-Eight cents ($12,788.58).

September 26, 2011                    /s/ Lance S. Wilson
_____                _____
Date                                 Clerk

                                     /s/ Eileen Sterba
                                     _____
                                      (By) Deputy Clerk